Charles Mandeville, V
1323 Sunset Lane
Guymon, OK 73942
(505) 417-9933
southwest_baddiesel@hushmail.com

April 5, 2015

Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

APR 15 2015

CHRISTOPHER A. PRINE
CLERK

In re: Mandeville v Mandeville, No. 01-15-00119-CV

Dear Mr. Prine,

In preparing to write my opening brief and reviewing the trial court clerk's record (as well as the online record for this Court), it's come to my attention that a critical item has an incorrect date. The record shows the clerk as filing my Motion For New Trial December 24, 2014. (See clerk's record p. 7). However, the clerk in fact received (and date stamped) the motion December 12, 2014. This date was subsequently crossed out and then re-date stamped the 24th.[1] Since the final judgment date was November 12, 2014, the filing date for this motion is critical to the timeliness of this appeal. Pursuant to T.R.A.P. 34.5(d), I am hereby formally requesting that the date be corrected to reflect the motion being filed that date it was first received, December 12, 2014. Thank you.

Sincerely,

---

[1] Although it does not appear to be in the record, the reason given by the clerk for doing this was because a filing fee had inadvertently not been included in the mailing that had been received December 12. Approximately 10 days later the clerk returned the filing to me with a letter about the missing fee. I then immediately resubmitted the motion along with the fee, which the clerk received December 24. This was noted in my Notice of Appeal. I have been unable to find any authority for a clerk to either reject filings for lack of a fee payment (as opposed to sending a letter about a missing fee), or to summarily cross-out and re-date filings.

AMARILLO TX 791

11 APR 2015 PM 2 L

1323 N. Sunset Ln,
[79342]

Christopher A. Prine
Clerk, First Court of Appeals
501 Fannin Street
Houston, Texas
77002 - 2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 15 2015

CHRISTOPHER A. PRINE
CLERK

770023:2066